

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2018

No. 04-18-00388-CV

**HARLANDALE INDEPENDENT SCHOOL DISTRICT,**
Appellant

v.

**JASMINE ENGINEERING, INC.,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI02459
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

By letter dated September 20, 2018, this court advised the parties that this appeal was set for submission on briefs on October 11, 2018. On October 2, 2018, appellant Harlandale Independent School District filed a "Motion to Reconsider Request for Oral Argument." Appellant did not include a certificate of conference in the motion, so the court cannot determine whether appellee is opposed or unopposed to the motion. *See* Tex. R. App. P. 10.1(a)(5). However, in its original brief, appellee specifically stated it did not believe oral argument would assist the court and asked that it not be permitted. We have reviewed appellant's motion and the reasons stated therein for the request to submit the matter on oral argument. After review, we **DENY** appellant's motion to reconsider. As stated in our prior notice letter, the matter will be submitted on briefs. We remind appellant that pursuant to the Rules of Appellate Procedure, all motions filed in this court – except for motions for rehearing or en banc reconsideration – must include a certificate of conference. *See id.*

We **order** the clerk of this court to serve a copy of this order on all counsel.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

